■ SAM S. CICERALE, Appellant, v ELVIRA CICERALE, Respondent.—In an action for divorce, plaintiff appeals from so much of an order of the Supreme Court, Queens County, dated June 9, 1976, as dismissed the complaint. Order affirmed insofar as appealed from, with $50 costs and disbursements, upon the opinion of Mr. Justice Hyman at Special Term (cf. *Matter of Warren,* 16 AD2d 505, affd 12 NY2d 854). Hopkins, Acting P. J., Damiani, Rabin, Shapiro and Hawkins, JJ., concur. [85 Misc 2d 1071.]